```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


R. FINER
                                    :

        vs.                         :        Civil Action

                                    :        No.  9-441
PORTFOLIO RECOVERY
```

## O R D E R

**AND NOW,** this 16TH day of JUNE, 2009, it having been reported that the issues between **R. FINDER vs PORTFOLIO RECOVERY (only)** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs, as to the above named parties only.

```
ATTEST:                         or      BY THE COURT:

BY:  S/ ANGELA J. MICKIE                _____
     ANGELA J. MICKIE                    J. CURTIS JOYNER

        Deputy Clerk

Civ 12 (9/83)
41(b)pty
```