IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. FINER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | : | No. 09-cv-441 |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, | : | |
| INC., EQUIPAX INFORMATION SERVICES, | : | |
| LLC, TRANS UNION, LLC, CAPITOL | : | |
| ONE BANK, CHASE/BANK ONE CARD | : | |
| SERVICES AND PORTFOLIO RECOVERY, | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this   23rd   day of July, 2009, upon consideration of parties' joint request, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice pursuant to Local Rule of Civil Procedure 41.1(b), without costs, and pursuant to the agreement of the parties.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.